IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 08-30099-02-MJR |
|  | ) |  |
| WARRICK D. SCOTT, | ) |  |
|  | ) |  |
| Defendants, | ) |  |

**MEMORANDUM and ORDER**

REAGAN, District Judge:

Before the Court is Defendant Warrick D. Scott's motion for appointment of counsel (Doc. 183). Scott previously pleaded guilty in this case; final judgment was entered on March 31, 2010. Scott currently has a post-judgment motion to withdraw his guilty plea pending. Scott seeks appointed counsel to assist him with that motion and "all forthcoming legal matters." Scott specifically requests that attorney Ronald E. Jenkins, his former counsel in this case, be reappointed.

At his juncture, there is no open criminal case or direct appeal. By separate order, the Court has advised Scott that his motion to withdraw his guilty plea is untimely, but that he may elect to have the Court construe that motion as a collateral attack pursuant to 28 U.S.C. § 2255; otherwise the motion will simply be denied. Because a motion under Section 2255 is not part of the underlying criminal case and is civil in nature, there is no constitutional right to counsel. *Oliver v. United States*, 961 F.2d 1339, 1343 (7th Cir. 1992). Therefore, even if Scott elects to pursue a Section 2255 motion, he has not constitutional right to appointed

1

counsel, although the Court would entertain a motion to appoint counsel once Scott has formally opted to proceed under Section 2255.

**IT IS THEREFORE ORDERED** that Defendant Warrick D. Scott's motion for appointment of counsel (Doc. 183) is **DENIED** at this time, without prejudice.

**IT IS SO ORDERED.**

DATED:  June 29, 2011

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**